# Exhibit 2

| US7819545 | Brightown Solar Powered G40 String Lights ("The accused product") |
|---|---|
| 1. An outdoor decorative solar powered lighting system, comprising: | The accused product is an outdoor decorative solar powered lighting system.<br><br>The accused product is decorative lighting used outdoor.<br><br><br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |

| | |
|---|---|
| | <br><br>outdoor decorative solar powered lighting system<br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck<br><br><br>outdoor decorative solar powered lighting system<br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |

| | |
|---|---|
| | <br><br>[https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck](https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck) |
| a flexible, elongated light string; | The accused product discloses a flexible, elongated light string (e.g., string of LED bulbs of the product).<br><br>As shown below, the accused product has flexible light strings of LED bulbs which allow the user to arrange them as they wish. |

| | |
|---|---|
| |  https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck#images-1 |

| | |
|---|---|
| |  https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |
| an electrical wire extending through the light string and commensurate in length therewith; | The accused product discloses an electrical wire (e.g., wires carrying current to provide power to the LED bulbs) extending through the light string (e.g., string of LED bulbs of the product) and commensurate in length therewith.<br><br>As shown below, the accused product includes a light string portion. A light string uses electrical wire throughout its length to provide electricity to the LED bulbs. |

| | |
|---|---|
| | <br>https://www.amazon.com/Brightown-Solar-Lights-Outdoor-Shatterproof/dp/B0DP7DKTL2?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&smid=A1STDFDELHCIPD&th=1<br><br>**Components of LED String Lights**<br><br>LED string lights typically consist of several key components, including a power source, LED bulbs, and wiring. The power source can be battery-operated or plugged into an electrical outlet, depending on the design of the lights.<br><br>The LED bulbs are connected along a wire or string, allowing them to be easily hung or positioned in various arrangements. These components work in unison to create the desired lighting effect, whether for festive occasions like holidays or for everyday decorative purposes. The wiring is often designed to be durable and weather-resistant, making outdoor use feasible without compromising safety or performance.<br>https://www.paclights.com/explore/led-string-lights-lighting-explained/ |

| | |
|---|---|
| | **Sections**<br><br>Most low voltage LED strings are made with the LEDs wired into in sections. Each section usually contains 10 to 12 LEDs wired in series and also has a current limiting resistor as shown below. As the LEDs in a given section are all wired in series, the current through each will be the same.<br><br><br><br><br>Most common LEDs are rated for operation at a maximum continuous current of 20mA. As the LEDs in Christmas light strings are of unknown origin with no defined current rating, a cautious approach of only running them at 10mA seems prudent. This also means they are less likely to fail prematurely in hotter conditions. The lower current will also bring about less voltage drop (losses) in the wiring.<br><br>The overall string will have many of these sections wired in parallel. For example, a 200 LED string will usually have 20 sections, each with 10 LEDs. The more sections an LED string has, the more current it requires to operate. The working voltage however remains the same, as that is determined by the number of LEDs in each section and the value of the resistor.<br>https://auschristmaslighting.com/wiki/LED-String-Wiring |
| a plurality of sockets mounted on the light string and spaced evenly therealong; | The accused product discloses a plurality of sockets (e.g., black sockets of the accused product used to mount an LED bulb) mounted on the light string (e.g., string of LED bulbs of the product) and spaced evenly therealong.<br><br>As shown below, the accused product has evenly distanced black colored sockets which hold LED bulbs along its light string. |

| | |
|---|---|
| |   https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |

| | |
|---|---|
| | <br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |

| | |
|---|---|
| |   [https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck](https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck) |
| a plurality of light bulbs mounted to the sockets with one light bulb being mounted to each respective socket; | The accused product discloses a plurality of light bulbs (e.g., LED bulbs of the accused product) mounted to the sockets (e.g., black sockets of the accused product used to mount an LED bulb) with one light bulb (e.g., LED bulb of the accused product) being mounted to each respective socket (e.g., black socket of the accused product).<br><br>As shown below, an LED bulb is mounted to each socket along the light string. |

| | |
|---|---|
| | <br><br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck<br><br> |

| | |
|---|---|
| | https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck<br><br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |

| | |
|---|---|
| |  https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |
| a solar collector electrically connected to the light string and including a bottom side and an upper side; | The accused product discloses a solar collector (e.g., solar power unit of the accused system) electrically connected to the light string (e.g., string of LED bulbs of the product) and including a bottom side (e.g., side of the solar power unit facing away from the sun) and an upper side (e.g., side of the solar power unit facing the sun).<br><br>As shown below the accused product has a solar power unit, which contains a solar panel and battery for powering the light strings. The solar power unit has two sides, an upper side having a solar panel which faces the sun and another side which offers a mounting surface and faces away from the sun. |

| | |
|---|---|
| |   https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |

| | |
|---|---|
| | <br>https://www.amazon.com/Brightown-Solar-Lights-Outdoor-Shatterproof/dp/B0DP7DKTL2?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&smid=A1STDFDELHCIPD&th=1 |

| | |
|---|---|
| | <br>https://www.amazon.com/Brightown-Solar-Lights-Outdoor-Shatterproof/dp/B0DP7DKTL2?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&smid=A1STDFDELHCIPD&th=1 |
| the solar collector including a housing and at | The accused product discloses a solar collector (e.g., solar power unit of the accused system), the solar collector (e.g., solar power unit of the accused |

| | |
|---|---|
| least one solar panel supported in the housing for collecting radiant energy from the sun; | system) including a housing and at least one solar panel supported in the housing for collecting radiant energy from the sun.<br><br>As shown below the accused product has a solar power unit, which contains a solar panel and battery for powering the light strings. The solar panel converts light from the sun into energy stored in the battery.<br><br><br><br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |

| | |
|---|---|
| | • Solar & USB Dual Charging Options: These solar string lights for outside can run up to 16 hours on a full charge, absorbing energy from sunlight during the day (auto turning off at dawn and on at dusk). The 180-degree adjustable solar panel(7W Solar Panel/ 7200mAh Solar Powered Battery) ensures optimal sun exposure. Plus, USB charging(5V 2A/Type-C) is available as a backup, perfect for cloudy days or limited sunlight<br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |
| a rechargeable battery contained within the housing and electrically connected to the solar panel for providing energy to the rechargeable battery; and | The accused product discloses a rechargeable battery (e.g., 7200mAh battery of the accused product) contained within the housing (e.g., housing of the solar power unit) and electrically connected to the solar panel (e.g., solar panel of the solar power unit) for providing energy to the rechargeable battery (e.g., 7200mAh battery of the accused product).<br><br>As shown below the accused product has a solar panel which is electrically connected to a 7200 mAh battery. The solar panel uses sunlight to charge the 7200 mAh battery for storing energy. |

<table>
<tr>
<td></td>
<td>



https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck#images-5
</td>
</tr>
</table>

| | |
|---|---|
| | • Solar & USB Dual Charging Options: These solar string lights for outside can run up to 16 hours on a full charge, absorbing energy from sunlight during the day (auto turning off at dawn and on at dusk). The 180-degree adjustable solar panel(7W Solar Panel/ 7200mAh Solar Powered Battery) ensures optimal sun exposure. Plus, USB charging(5V 2A/Type-C) is available as a backup, perfect for cloudy days or limited sunlight<br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |
| a regulator switch electrically interconnected to the battery and the light string for automatically switching the light bulbs on and off whereby the switch is disposed to the open state from sunrise to sunset thereby preventing the light bulbs from lighting and the switch automatically going to the closed state upon sunset thereby closing the circuit and causing the light bulbs to light. | The accused product discloses a regulator switch (e.g., a switch controlling the lights) electrically interconnected to the battery (e.g., 7200mAh battery of the accused product) and the light string (e.g., string of LED bulbs of the product) for automatically switching the light bulbs (e.g., LED bulbs of the accused product) on and off whereby the switch (e.g., a switch controlling the lights) is disposed to the open state from sunrise to sunset thereby preventing the light bulbs (e.g., LED bulbs of the accused product) from lighting and the switch (e.g., a switch controlling the lights) automatically going to the closed state upon sunset thereby closing the circuit and causing the light bulbs (e.g., LED bulbs of the accused product) to light.<br><br>As shown below, the accused product has a switch electrically connected to the battery and the LED bulb light strings. The accused product uses the switch to turn on the LED bulbs at dusk and turn off the LED bulbs at dawn. The switch is disposed in an open state to prevent current from flowing through the LED bulbs and thus keeping them off during the presence of sunlight. Similarly, the switch is disposed in a closed state to allow current from flowing to the LED bulbs during the absence of sunlight. |

| | |
|---|---|
| | • Solar & USB Dual Charging Options: These solar string lights for outside can run up to 16 hours on a full charge, absorbing energy from sunlight during the day (auto turning off at dawn and on at dusk). The 180-degree adjustable solar panel(7W Solar Panel/ 7200mAh Solar Powered Battery) ensures optimal sun exposure. Plus, USB charging(5V 2A/Type-C) is available as a backup, perfect for cloudy days or limited sunlight<br>https://www.brightown.com/products/208ft-solar-powered-g40-100-led-bulbs-string-lights-for-patio-garden-cafe-wedding-deck |

| | |
|---|---|
| | • Auto On/Off: Just switch the button on the solar panel to on, and the solar lights outdoor waterproof will charge automatically in the sunlight. They'll turn on by themselves at dusk and shut off at dawn. The 180-degree adjustable solar panel(3W Solar Panel/ 10800mAh Solar Powered Battery) ensures optimal sun exposure. Zero energy bills, no need to look for sockets or deal with the hassle of constantly replacing batteries. Please note<br>https://www.amazon.com/dp/B0DP7DGYM4?th=1 |

| | |
|---|---|
| |  https://www.amazon.com/Brightown-Solar-Lights-Outdoor-Shatterproof/dp/B0DP7DKTL2?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&smid=A1STDFDELHCIPD&th=1  |

| | |
|---|---|
| | https://www.amazon.com/Brightown-Solar-Lights-Outdoor-Shatterproof/dp/B0DP7DKTL2?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&smid=A1STDFDELHCIPD&th=1 |